1002

[No. 42314-6-II. Division Two. January 23, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. CHARLIE WAYNE DODD, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 10-1-01133-9, Michael H. Evans, J., entered June 16, 2011. *Affirmed* by unpublished opinion per Van Deren, J., concurred in by Quinn-Brintnall and Penoyar, JJ.

[No. 43182-3-II. Division Two. January 23, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. KENNETH ANDRE JACOBS, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 11-1-01080-2, Michael H. Evans, J., entered February 29, 2012. *Affirmed* by unpublished opinion per Van Deren, J., concurred in by Hunt and Penoyar, JJ.

[No. 29958-9-III. Division Three. January 24, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. BEAU CHARLETON GARDEE, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 10-1-01950-8, David A. Elofson, J., entered June 2, 2011. *Affirmed* by unpublished opinion per Brown, J., concurred in by Siddoway, A.C.J., and Kulik, J.

[Nos. 29979-1-III; 30255-5-III. Division Three. January 24, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. MATTHEW MARK ·NEDEAU, *Appellant*.

THE STATE OF WASHINGTON, *Respondent*, v. MAGGIE M. TYLER, *Appellant*.

Appeals from a judgment of the Superior Court for Spokane County, No. 09-1-03159-3, Kathleen M. O'Connor, J., entered June 7, 2011. Judgment *affirmed* in appeal No. 29979-1-III, and appeal No. 30255-5-III *affirmed in part* and *reversed in part* by unpublished opinion per Brown, J., concurred in by Siddoway, A.C.J., and Kulik, J.